374 A.2d 535

**In re ESTATE of Jewell Bair PIPER, late of
Lurgan Township, Franklin County,
Pennsylvania, Deceased.**

Appeal of Thomas A. PIPER, Newton Piper, Mary Edmondson, Verda Baker, Martha Spidel, Hulda Stewart, Elmer Piper, Joanne Pogue, Herbert H. Piper, Gambel P. Wilson, Esther Rowles, Dorothy L. Rowles, Ruth P. Rotz and June P. Strickler.

Supreme Court of Pennsylvania.

Argued May 23, 1977.

Decided June 22, 1977.

J. Brooke Aker, James R. Beam, Smith, Aker, Grossman, Hollinger & Jenkins, Norristown, George S. Black, Donald G. Oyler, Chambersburg, for appellants.

Edmund C. Wingerd, Jr., Chambersburg, for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM:

Decree affirmed.

Each party to pay own costs.